UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| **ARTHUANNA PLATER ET AL** | **CASE NO. 3:22-CV-01601** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **HEALTHTRUST WORKFORCE SOLUTIONS L L C** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

## JUDGMENT OF DISMISSAL

Considering the foregoing Joint Motion to Dismiss with Prejudice [Doc. No. 10] (entitled "Joint Stipulation of Dismissal") filed by Defendant HealthTrust Workforce Solutions, LLC,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the Motion is **GRANTED**. All claims of Plaintiffs Arthuanna Plater and Shandtresha Johnson against Defendant HealthTrust Workforce Solutions, LLC are hereby **DISMISSED WITH PREJUDICE**, with each party to bear their own costs.

MONROE, LOUISIANA, this 12th day of September 2022.

_____
Terry A. Doughty
United States District Judge